# UNITED STATES DISTRICT COURT FOR THE
## Eastern District of Virginia

FILED
JUN 15 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:10mj 257 |
| LINDA T. ROWLAND | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From in or about <u>August 2000</u> through in or about <u>August 2009</u> in the city of <u>Smithfield, Virginia</u> in the <u>Eastern</u> District of <u>Virginia</u>, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | To devise and intend to devise a scheme or artifice to defraud and for obtaining money and property by means of materially false pretenses, representations, and promises, transmits and causes to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, and pictures. |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

*Katherine Lee Martin* (signature)
Katherine Lee Martin
Assistant United States Attorney

*Kenneth J. Few* (signature)
*Complainant's signature*

Kenneth J. Few, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.
Date: _____

*(signature)*
*Judge's signature*

City and state: June 15, 2010
Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*