IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL No. 2:10cr132 |
| | ) | |
| LINDA T. ROWLAND, | ) | |
| Defendant. | ) | |

FILED IN OPEN COURT
FEB -7 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## RESTITUTION JUDGMENT

1. The defendant is sentenced to pay, as restitution, $1,241,845.54.

2. The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

3. The victims' names and addresses, and each victim's total losses, are listed in Attachment A to this Restitution Judgment.

4. Interest:

   √ is waived, *if payments are timely paid*.

   ___ accrues as provided in 18 U.S.C. § 3612(f).

5. Restitution is due immediately, and notwithstanding any other provision of this Restitution Judgment, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

6. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

7. The defendant shall pay to the Clerk at least $ *500* per month beginning *60 days after release from incarceration*.

8. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, VA 23510-1811.

9. The defendant shall notify, within 30 days, the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 6500 World Trade Center, Norfolk, VA 23510 of: (a) Any change of name, residence, or mailing address; and (b) Any material change in economic circumstances that affects the ability to pay restitution.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/ *[signature]*
Mark S. Davis
United States District Judge

MARK S. DAVIS
UNITED STATES DISTRICT JUDGE

ENTERED this 7th day of February, 2011.
at Norfolk, Virginia

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

*[signature: Katherine Lee Martin]*
Katherine Lee Martin
Assistant United States Attorney

SEEN AND AGREED:

Linda T. Rowland
Defendant

*[signature]*
Andrew Protogerou
Counsel for Defendant

2

*United States v. Linda T. Rowland, 2:10cr132*

## ATTACHMENT A TO RESTITUTION JUDGMENT

|  | Total Due to Victim: |
|---|---:|
| AGO Finance<br>8001 Birchwood Court<br>Johnston, Iowa 50131 | $1,028,747.44 |
| Sheffield Finance<br>6010 Golden Center Drive<br>Winston-Salem, North Carolina 27103 | $155,787.00 |
| TD Retail Card Services<br>1000 MacArthur Boulevard<br>Mahwah, New Jersey 07430 | $27,759.04 |
| Capital One Bank, N.A.<br>Attention: Fraud Investigations<br>Post Office Box 85582<br>Richmond, Virginia 23060 | $20,492.06 |
| JP Morgan Chase Bank, N.A.<br>Attention: Fraud Recovery Investigations<br>Post Office Box 710988<br>Columbus, Ohio 43271-0988 | $9,060.00 |
| Total Due from Defendant: | $1,241,845.54 |