AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
__EASTERN__ DISTRICT OF __VIRGINIA__

UNITED STATES OF AMERICA,

    Plaintiff

v.

LINDA T. ROWLAND,

    Defendant

FILED
APR 17 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

Civil Case Number: 2:11cv321
Criminal Case Number: 2:10cr132

## JUDGMENT

[X] **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Vacate pursuant to 28 U.S.C. 2255 is DENIED.

April 17, 2012
Date

FERNANDO GALINDO, CLERK

By: *[signature]*
Deputy Clerk